AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| R. DAVID COHEN | ) Case No. 14-MJ-6126-MPK |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     R. DAVID COHEN _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

knowingly conspired to and did convert to their personal use, or the personal use of another, United States government
property, that is, Treasury Checks, which they knew were fraudulently obtained, in violation of Title 18 U.S.C. §§ 371 and
641; and conspired to and did conduct financial transactions involving the proceeds of a specified unlawful activity for the
purpose of concealing or disguising the nature, location, source, ownership or control of said proceeds, in violation of Title
18 U.S.C. §§ 371 and 1956(a)(1)(B)(i).

Date:  12-15-14

                                                                                *Issuing officer's signature*

City and state:  Boston, MA                                M. PAGE KELLEY, U.S. MAGISTRATE JUDGE
                                                                                *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                  _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 14-6126 - MPK |
| DUBIN GONZALEZ-PABON | ) | MJ - |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  DUBIN GONZALEZ-PABON ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

knowingly conspired to and did convert to their personal use, or the personal use of another, United States government property, that is, Treasury Checks, which they knew were fraudulently obtained, in violation of Title 18 U.S.C. §§ 371 and 641; and conspired to and did conduct financial transactions involving the proceeds of a specified unlawful activity for the purpose of concealing or disguising the nature, location, source, ownership or control of said proceeds, in violation of Title 18 U.S.C. §§ 371 and 1956(a)(1)(B)(i).

Date:  12-15-14

_____
*Issuing officer's signature*

City and state:  Boston, Massachusetts

M. PAGE KELLEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| FRANCISCO OSCAR "FRANK" GRULLON | ) | Case No. *14 - m.J - 6126 - mPK* |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    FRANCISCO OSCAR "FRANK" GRULLON                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

knowingly conspired to and did convert to their personal use, or the personal use of another, United States government property, that is, Treasury Checks, which they knew were fraudulently obtained, in violation of Title 18 U.S.C. §§ 371 and 641; and conspired to and did conduct financial transactions involving the proceeds of a specified unlawful activity for the purpose of concealing or disguising the nature, location, source, ownership or control of said proceeds, in violation of Title 18 U.S.C. §§ 371 and 1956(a)(1)(B)(i).

Date: *12 - 15 - 14*

_____
*Issuing officer's signature*

City and state:    Boston, MA

M. PAGE KELLEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                          _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |