JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**             **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** II      **Investigating Agency** IRS

**City** Lawrence      **Related Case Information:** 15CR10008-

**County** Essex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant X    New Defendant _____
Magistrate Judge Case Number    1:14-mj-06126-MPK
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: R. DAVID COHEN      Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☑ Yes ☐ No

Alias Name: _____

Address: (City & State) Andover, MA

Birth date (Yr only): 1951    SSN (last4#): 4007    Sex: M    Race: White    Nationality: American

**Defense Counsel if known:** Paul Garrity      Address 14 Londonderry Road

**Bar Number** _____      Londonderry, NH 03053

**U.S. Attorney Information:**

AUSA: S. Theodore Merritt      Bar Number if applicable _____

Interpreter: ☐ Yes ☑ No    List language and/or dialect: _____

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date:** 12/17/2014

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: Mag. Judge M. Paige Kelley on 12/18/2014

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 17

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: January 13, 2015     Signature of AUSA: _____

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** R. DAVID COHEN

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy | 1 |
| Set 2 | 18 USC 641 | Theft and Conversion of U.S. Property | 2-16 |
| Set 3 | 18 USC 1956(h) | Conspiracy to Commit Money Laundering | 17 |
| Set 4 | 18 USC 981, 982 | Criminal Forfeiture | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**   Category No. __II__   Investigating Agency __IRS__

**City** __Lawrence__   **Related Case Information:**  15CR10008

**County** __Essex__   Superseding Ind./ Inf. _____ Case No. _____
Same Defendant __x__   New Defendant _____
Magistrate Judge Case Number   __1:14-mj-06126-MPK__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   __FRANCISCO OSCAR "FRANK" GRULLON__   Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address   (City & State) __Unknown__

Birth date (Yr only): __1967__   SSN (last4#): __5678__   Sex __M__   Race: __Hispanic__   Nationality: __Dominican__

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA   __S. Theodore Merritt__   Bar Number if applicable _____

Interpreter:   ☑ Yes   ☐ No   List language and/or dialect:   __Spanish__

Victims:   ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☑ No

Matter to be SEALED:   ☐ Yes   ☑ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony __17__

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   Janaury 13, 2015   Signature of AUSA:   _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Francisco Oscar "Frank" Grullon

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy | 1 |
| Set 2 | 18 USC 641 | Theft and Conversion of U.S. Property | 2-16 |
| Set 3 | 18 USC 1956(h) | Conspiracy to Commit Money Laundering | 17 |
| Set 4 | 18 USC 981, 982 | Criminal Forfeiture | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____