```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

_____
                                    )
UNITED STATES OF AMERICA      )
                                    )
v.                                   )   CRIMINAL NO. 15-10008-LTS-01
                                    )
R DAVID COHEN                  )
_____)

**ASSENTED TO MOTION TO SEEK PERMISSION TO TRAVEL**

Now comes the defendant, R. DAVID COHEN in the above-entitled matter and moves to seek permission to travel and assigns as reasons therefor the following:

1. The defendant seeks permission to travel to Orlando, Florida to attend as counsel in the immigration court a hearing in removal proceedings to occur at 1:00 p.m. on August 20, 2015 in the matter of Saira Elizabeth Canales-Pineda et al, lead file no. 206-886-993. He is counsel for one of the parties.

2. He wishes to depart the District of Massachusetts on August 18, 2015, on Delta, Flight no. 2611 (Boston, MA to Orlando, FLA) and to remain in the District of Florida until August 23, 2015.

3. On August 23, 2015, he intends, if permission is given to fly on Jet Blue, Flight no.724 (Orlando, FLA to Washington, D.C. [Washington National] and thereafter proceeding to Silver Spring, Maryland to visit his sister-in-law, Ruth Abady Cohen,

whose address is REDACTED BUT WILL BE SUPPLIED TO DEFENDANT'S PRETRIAL SERVICES OFFICER, with whom he would stay until August 26, 2015 when he intends his return to the District of Massachusetts on Jet Blue Flight no.126 (Baltimore, Md./Washington, D.C. to Boston, MA)  He can be reached on his present cell phone number, already in the possession of his pretrial services officer.

4. On August 6, 2015, defendant's counsel telephonically attempted contact with AUSA Merritt to seek his assent to the allowance of this motion and on August 7, 2015, AUSA Merritt emailed his assent.

WHEREFORE, the defendant requests that this motion be granted.

>
> The Defendant
> By his Attorney,
>
> */s/ James B. Krasnoo*
> James B. Krasnoo
> (BBO# 279300)
> Krasnoo|Klehm LLP
> 28 Andover Street, Suite 240
> Andover, MA  01810
> (978) 475-9955

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants via first class mail, postage prepaid, on August 7, 2015.

*/s/ James B. Krasnoo*
James B. Krasnoo