UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA       )
                               )
v.                             )   CRIMINAL NO. 15-10008-LTS-01
                               )
R DAVID COHEN                  )
_____)
```

**ASSENTED TO MOTION TO SEEK PERMISSION TO TRAVEL**

Now comes the defendant, R. DAVID COHEN in the above-entitled matter and moves to seek permission to travel and assigns as reasons therefor the following:

1. The defendant seeks permission to travel to Orlando, Florida to attend as counsel in the immigration court two hearings in removal proceedings one to occur on October 7, 2015 in the matter of Moises Alverenga Arevalo, file no. 202-136-663, the other to occur on October 8, 2015 in the matter of Saira Elizabeth Canales-Pineda et al, lead file no. 206-886-993. He is counsel each of the named parties.

2. He wishes to depart the District of Massachusetts on October 6, 2015, on Jet Blue, Flight no. 1451 (Boston, MA to Orlando, FLA) and to remain in the District of Florida until October 10, 2015, when he returns on Jet Blue, Flight no. 1352 (Orlando, FLA to Boston, MA).

3. He can be reached on his present cell phone number, already in

the possession of his pretrial services officer.

4. On September 11, 2015, defendant's counsel telephonically attempted contact with AUSA Merritt to seek his assent to the allowance of this motion. On September 16, 2015, AUSA Merritt emailed to defendant's counsel that he has no objection to the allowance of this motion.

WHEREFORE, the defendant requests that this motion be granted.

> The Defendant
> By his Attorney,
>
> */s/ James B. Krasnoo*
> James B. Krasnoo
> (BBO# 279300)
> Krasnoo│Klehm LLP
> 28 Andover Street, Suite 240
> Andover, MA  01810
> (978) 475-9955

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants via first class mail, postage prepaid, on September 16, 2015.

> */s/ James B. Krasnoo*
> James B. Krasnoo