UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
**1:15-10008 LTS**

UNITED STATES OF AMERICA

v.

R. DAVID COHEN

_____

**ORDER EXCLUDING TIME**

_____

SOROKIN, J.

With the agreement of the parties, this court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(b) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008), that for the reasons checked below:

| | |
|---|---|
| ____ | to provide defendant(s) and/or defense counsel further time to review the case; |
| X | to provide defendant(s) and/or defense counsel further time to investigate and evaluate the case; |
| __ | to provide defendant(s) and/or defense counsel further time to review the discovery, evaluate the discovery, informally request further discovery pursuant to the Local Rules and/or prepare any discovery motions; |
| ____ | to provide defendant(s) and/or defense counsel further time to decide whether to file pretrial motions and, if so, to prepare pretrial motions; |
| __ | to provide the government further time to produce discovery to the defendant(s); |

| | |
|---|---|
| X | to allow counsel additional time to prepare for trial ; |
| __ | due to the parties' request to engage in plea negotiations; |
| __ | due to defendant's request for time to obtain counsel; |
| __ | _____ |

the interests of justice warranting a continuance and delay in the trial outweigh the interests of the public and/or the defendant in a speedy trial.

Accordingly, it is hereby ordered that, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 7(b) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective

December 2008), the Clerk of this Court enter excludable time for the period **9/22/15** through **1/11/16** is EXCLUDED from the Speedy Trial Act.

      / s / Leo T. Sorokin
LEO T. SOROKIN
UNITED STATES DISTRICT JUDGE