AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   15-CR-10008-LTS |
| R. David Cohen | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date:   11/05/2015

/s/ Ryan M. DiSantis
*Attorney's signature*

Ryan M, DiSantis, BBO# 654513
*Printed name and bar number*

U.S. Attorney's Office
Moakley Federal Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210
*Address*

ryan.disantis@usdoj.gov
*E-mail address*

(617) 748-3251
*Telephone number*

(617) 748-3954
*FAX number*