To:  11/10/2015

The Honorable Leo Sorokin
U.S. District Court
I Courthouse Way
Boston Ma. 02210

Dear Judge Sorokin:

I have known R. David Cohen for almost five years.  I have had several business transactions with him involving evictions and foreclosures.
At all times he has acted ethically and fair with me.  In fact his fees have always been below the going rate.  In fact I have had to ask him to bill me more for his time as he has always gone above and beyond.  His compassion for the individuals that lost their homes which we purchased at auction was incredible.  In fact we have had to ask him who do you work for?  To us we have had the opportunity to purchased foreclosures and the former owners are always down on the luck and Mr Cohen guided us to be compassionate.

Thank you,

*Faisal Ahmed*
Faisal Ahmed
~~24 Powers Road~~
Andover, MA 01810
978-265-0565

11/10/2015

*Collette Turgeon*



OFFICIAL SEAL
COLLETTE TURGEON
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Comm. Expires Feb. 4, 2016