UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | CRIMINAL NO: 15-10008-LTS |
| R. DAVID COHEN, | ) | |
| Defendant. | ) | |

**GOVERNMENT'S PROPOSED *VOIR DIRE*** 

Pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure, the United States respectfully requests that this Honorable Court include the following proposed *voir dire* questions as part of the Court's examination of prospective jurors.

*THE PARTIES, WITNESSES, AND CHARGES*

1. The United States of America is represented in this case, as in all federal criminal cases, by the Department of Justice. The attorneys for the United States in this case are S. Theodore Merritt and Ryan M. DiSantis. They are Assistant U.S. Attorneys with the U.S. Attorney's Office here in Boston. Do you, a member of your family, or a close friend know Mr. Merritt or Mr. DiSantis? Have you, your relatives, or a close friend ever had any dealings with the U.S. Attorney's Office?

2. The Assistant U.S. Attorneys will be assisted in the courtroom by Special Agent Ryan Talbot of the Internal Revenue Service—Criminal Investigation and Ms. Jennifer Cullinane, a contract paralegal with the U.S. Attorney's Office. Do you, a member of your family, or a close friend, know Mr. Talbot or Ms. Cullinane?

3.      The defendant, R. David Cohen, is represented by James B. Krasnoo, Esq. Do you, a member of your family, or a close friend know either the defendant or Mr. Krasnoo? Have you ever had any dealings with the defendant or Mr. Krasnoo?

4.      What follows is a list of names of persons who may be witnesses in this case or whose names may come up in testimony. Do you, a member of your family, or a close friend know any of these persons? Have you had dealings with any of them? [Read the parties' witness lists.]

5.      This is a federal case, brought in the name of the United States of America. The federal government is comprised of many agencies and departments, including the Department of Justice, the Department of Treasury, and the Internal Revenue Service. Have you, a member of your family, or anyone close to you ever had any dealings with the federal government, including the agencies I mentioned, whether favorable or unfavorable, that might influence your consideration of the evidence in this case?

6.      This is a criminal case involving allegations that the defendant, with the cooperation of others: (1) converted government property—specifically, United States Treasury checks—to his own use or gain, or the use or gain of others cooperating with him; (2) received, concealed, or retained the government property with the intent to convert it to his use or gain knowing it to have been stolen, embezzled, purloined, or converted; and (3) conspired with others to commit money laundering. Is there anything about the nature of the charges that would keep you from being able to sit as a fair and impartial juror in this case?

7.      Have you read or heard anything about this case or about the defendant, R. David Cohen?

8. Have you discussed the charges in this case with anyone, or overheard such a discussion?

9. Do any of you have any personal knowledge of the facts of this case?

10. You may hear testimony from an alleged accomplice in this case who pled guilty and is testifying in the hopes of receiving a reduced sentence. Do you have any opinion about the United States agreeing to recommend a reduced prison sentence for a convicted accomplice who agrees to testify as a prosecution witness? If so, what is it?

### *PERSONAL EXPERIENCE OF JURORS*

11. Have you, a member of your family, or someone close to you ever been involved in the criminal justice system, either as a prosecutor, defense attorney, employee of a prosecutor's office or defense attorney, probation officer, court officer, or court clerk?

12. Have you, a family member, or someone close to you ever been involved in a criminal case as either a victim, a witness, or a person charged with a crime?

13. Have you, a family member, or someone close to you ever been a victim of fraud or theft?

14. Have you ever served on a grand jury in either a state or federal court?

15. Have you ever served as a juror at the trial of a criminal or civil case in either state or federal court?

16. Have you, a family member, or someone close to you had an experience, favorable or unfavorable, with a law enforcement official or with the criminal justice system that might influence your consideration of this case?

17. Have you, a family member, or someone close to you worked at a bank or financial institution?

18. Have you, a family member, or someone close to you worked at any entity in the business of cashing checks?

### *DUTIES OF JURORS*

19. Do you have any religious, moral, social, political, or philosophical concern about sitting in judgment of another person such that it would interfere with your ability to judge this case?

20. If you are selected as a juror in this case, you will take an oath to [or affirm that you can] render a verdict based upon the evidence and the law as instructed to you by the Court. You will be required to accept the law as given to you by the Court without regard to any personal opinion you may have as to what the law is or should be. Is there anyone who would not be able to reach a verdict in accordance with the evidence and the law as given to you in the instructions from the Court?

21. The law does not compel a defendant in a criminal case to testify, and no presumption of guilt may be drawn from the fact that a defendant does not testify. Likewise, the law never imposes on a defendant any duty to call any witness or produce any evidence. Is there anyone who would think a defendant is guilty because he or she did not testify or produce any witnesses or evidence?

22. For you to find a defendant guilty, the United States must prove that the defendant is guilty beyond a reasonable doubt. The United States is not required to prove the guilt of a defendant beyond all possible doubt. The law recognizes that the human mind can always conceive of some doubt as to any proposition. Is there anyone who would require the United States to prove its case beyond all doubt before he or she could vote for a guilty verdict?

23. Your verdict must be based on the facts of the case—on the evidence. You are not permitted to consider sympathy, prejudice, vengeance, hostility, fear, or any similar emotion in reaching your verdict. Do any of you feel that you could not put such factors out of your mind when you deliberate on your verdict?

24. You are the judges of the facts. If you find, after considering the evidence and following my instructions on the law, that a defendant is guilty of one or more of the counts in the Indictment, it will be my duty, as judge, to determine the punishment, if any. You are not permitted to consider the possible punishment, if any. Is there anyone here who would hesitate to find a defendant "guilty" because of the possibility that the Court may impose a sentence in this case?

25. The usual hours for the trial of this case will be 9:00 a.m. to 1:00 p.m. Monday through Friday. It is always difficult to estimate how long a trial will take. This trial is estimated to last approximately ten trial days. After the conclusion of the evidence, and once the jury begins deliberations, jurors have to plan to be at the courthouse until at least 4:30 pm each afternoon. Does this schedule present so great a hardship that anyone feels he or she cannot be a juror in this case?

26. Do any of you have any problem hearing, speaking, or understanding the English language, or any other difficulty that would make it hard for you to be a juror in this case?

27. The United States and the defendant are entitled to a fair and impartial jury in this case. The sole purpose of these questions is to provide information to the parties about the prospective jurors to assist the parties in selecting a fair and impartial jury in this case. Is there anything else about you, your family, background, work, life experiences, or beliefs, that you think the parties should know that might help them select a fair and impartial jury?

*Respectfully submitted,*

CARMEN M. ORTIZ
United States Attorney

By: /s/ Ryan M. DiSantis
RYAN M. DISANTIS
S. THEODORE MERRITT
Assistant U.S. Attorneys
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Date:  December 15, 2015

## CERTIFICATE OF SERVICE

I, Ryan M. DiSantis, hereby certify that on December 15, 2015, I served a copy of the Government's Proposed *Voir Dire* on counsel of record in this case by electronic filing.

/s/ Ryan M. DiSantis
RYAN M. DISANTIS
Assistant U.S. Attorney
