UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 15-10008-LTS-01 |
| ) | |
| R DAVID COHEN ) | |

### ASSENTED TO MOTION TO CONTINUE DATE ON WHICH TO FILE MOTIONS IN LIMINE TO DECEMBER 28, 2015

Now comes the defendant, R. DAVID COHEN in the above-entitled matter and moves, WITH THE ASSENT OF THE GOVERNMENT, for a continuance of the date set in the Court's pretrial order of December 21, 2015 to December 28, 2015, for the filing of defendant's Motions in Limine and assigns as reasons therefor the following:

1. Defendant's counsel was provided on December 10, 2015 by the Government 1923 pages of material that the Government intends to use as backup materials in support of its summary chart it intends to use during trial. The defendant's counsel complete review of those materials on Thursday, December 17, 2015.

2. Defendant counsel, on the same day of December 10, 2015, received a CD disc from the Government containing 2466 pages of bate-stamped discovery 6353 – 8819. On December 17, 2015, defendant's counsel, after completing review of the materials described in ¶ 1, supra, attempted to review the bate-stamped materials and then discovered that the disc was inoperable in both is PC and Apple computers.

3. As a result of communication and immediate cooperation with Government counsel, defendant's counsel received on December 18, 2015 at approximately 6:00p.m.by courier

service a replacement disc.

4. On December 19 & 20, 2015, defendant's counsel began to prepare voir dire and jury instructions requests to be submitted to this Court on December 21, 2015.

5. On December 20, 2015, defendant's counsel encountered difficulty in playing this replacement disc in both his Apple computer and an office PC computer but finally was able to make the disc function in his computers.

6. On December 21, 2015, defendant's counsel had the disc copied so that he can review these documents.

7. Defendant's counsel states that he must be able to see and review these documents before he addresses the motions in limine and that he is commencing review of these documents today.

8. Defendant's counsel further states that he has not yet received the Government's list of witnesses and that without it he encounters difficulty in determining what motions in limine are appropriately to be filed.

9. Defendant's counsel telephonically received on December 21, 2015 the government's assent to the allowance of this motion.

WHEREFORE, for the above reasons, the defendant respectfully requests that this motion be granted and that his motions in limine may be filed on or before December 28, 2015.

> The Defendant
> By his Attorney,
>
> /s/ James B. Krasnoo
> James B. Krasnoo
> (BBO# 279300)
> Krasnoo, Klehm & Falkner, LLP
> 28 Andover Street, Suite 240
> Andover, MA  01810
> (978) 475-9955

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants via first class mail, postage prepaid, on December 21, 2015.

                                                 */s/ James B. Krasnoo*
                                                 James B. Krasnoo