UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 1:15-CR-10008-LTS |
| | ) | |
| R. DAVID COHEN | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**GOVERNMENT'S WITNESS LIST**

The United States anticipates calling the following witnesses at trial in the above-captioned case, reserving the opportunity to call additional witnesses should they be required:

1. Taveiry Brito
   Santander Bank
   Lawrence, MA

2. Gracine Copithorne
   Century Bank
   Medford, MA

3. Nomarie Mojica Diaz
   San Juan, Puerto Rico

4. Special Agent Aaron Gogley
   Internal Revenue Service

5. Josean Geronimo Gonzalez Santos
   Bayamon, PR

6. William Keefe
   Century Bank
   Medford, MA

7. Noah Kinigstein
   New York, NY

8. Paul Lewan
   First Ipswich Bank
   Ipswich, MA

9. Ramon Mendez
   Bank of America
   Lawrence, MA

10. Muguette Rebecca Martinez Miller
    San Juan, PR

11. Special Agent Quoc Tuan Ngyuen
    Internal Revenue Service

12. Victoria O'Brien
    Internal Revenue Service

13. Dubin Gonzalez Pabon
    Lawrence, MA

14. Catherine Pierce
    Brookline Bank
    Medford, MA

15. Jacqueline Quinones
    Citizens Bank

16. Wildalis Santos Quinones
    Guanica, PR

17. Elizabeth Santiago Roche
    San Juan, PR

18. Jose Rodriguez
    People's United Bank
    Lawrence, MA

19. Edward Sawyer
    People's United Bank
    Kennebunk, ME

20. Jorge Ortiz Soldevila
    Guaynabo, PR

21. Special Agent Ryan Talbot
    Internal Revenue Service

22. Jayne Tyrell
    Watertown, MA

          Respectfully submitted,

          CARMEN M. ORTIZ
          United States Attorney

By: */s/S. Theodore Merritt*
     S. THEODORE MERRITT
     RYAN DISANTIS
     Assistant U.S. Attorneys

Dated: December 28, 2015

## CERTIFICATE OF SERVICE

I, S. Theodore Merritt, Assistant United States Attorney, do hereby certify that this document, was filed on the above date through the ECF system which sends copies electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on this date.

          */s/ S. Theodore Merritt*
          S. THEODORE MERRITT
          Assistant United States Attorney

Dated: December 28, 2015