UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) |
| v. | ) CRIMINAL NO. 15-CR-10008-LTS <br> ) |
| R. David Cohen | ) <br> ) <br> ) |

## MOTION *IN LIMINE* TO PRECLUDE GOVERNMENT'S USE OF SUMMARY CHARTS

Now comes the defendant and moves to preclude the Government's use of summary charts, and assigns as reasons therefore the following:

1. The government has provided the defendant with notice that the government will intend to use a summary chart as to each tax refund check deposited into each bank account that the Government claims was either a conversion of Government funds and/or a step in money laundering.

2. The Government has provided the defendant, allegedly, with all of the back up materials as to each check.

3. Defendant's counsel has reviewed the back up data provided by the Government.

4. As a result of his review of the back up data and his review of Government's Exhibit 1 to its filing entitled: "Government's Trial Memorandum In Support of the Admission of Summary Charts,' the defendant opposes the use of the summary charts on the following grounds:

(a) The summary chart is replete with inaccuracies in multiple instances.

    (b)    The necessary backup for several of the 156 entries in the summary log is incomplete, thereby preventing reliance upon the chart.

    (c)    The data set forth in the summary chart omits information about each check that is necessary for the jury to know so as to give the jury knowledge to appreciate and evaluate the degree, if any, of the defendant's wrongful conduct; this omitted information unfairly emphasizes certain evidence favorable to the Government over other evidence that appears on the same set of underlying documents thereby suggesting to the jury unfairly that the omitted evidence is of little value or worth. As such, the chart is not a fair summary of the evidence.

    **WHEREFORE**, for the above reasons, the defendant respectfully suggests that this motion to exclude the summary chart must be granted.

> Defendant
> R. David Cohen,
> By His Attorney,
>
> */s/ James B. Krasnoo*
> James B. Krasnoo (BBO# 279300)
> jkrasnoo@krasnooklehm.com
> Krasnoo│Klehm LLP
> 28 Andover Street, Suite 240
> Andover, MA  01810
> (978) 475-9955 (telephone)
> (978) 474-9005 (facsimile)

Dated:  December 28, 2015

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 28, 2015.

> */s/ James B. Krasnoo*
> James B. Krasnoo