UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | ) CRIMINAL NO. 15-CR-10008-LTS<br>) |
| R. David Cohen | )<br>)<br>) |

**DEFENDANT'S WITNESS LIST REDACTED**

Now comes the defendant and list his witnesses:

1. Robert Cahan, Boca Raton, FL 33498

2. Robert Laquidara, Arlington, MA 02474

3. Brian Connell, Medford, MA 02155

4. Christie DeRosa, Winchester, MA 01890

5. Jose Montas, Lawrence, MA 01840

6. Dana Cohen, Gloucester, MA 01930

7. Faisal Ahmed, Andover, MA 01810

8. Julio Luz, Malden, MA 02148

9. Jackie Sulfaro, Burlington, MA 01803

10. Anthony Sulfaro, Burlington, MA 01803

11. James Sauro, Westford, MA 01866

12. Michael Hayden, Boston, MA 02210

13. Keith Beardsley, Boston, MA 02116

14. Kevin Pierce, Tewkesbury, MA 01876

15. Mahmoud Alkhatatbeh, Malden, MA 02148

16. Joseph T. Papetti, Medford, MA 02155

17. Robert Keane, Winchester, MA 01890

18. Joel Hurwitz, Randolph, MA 02368

19. Bob Debenedetto, Lawrence, MA 01841

20. Ernest Porcaro, Medford, MA 02155

21. Melissa Marrama, Andover, MA 01810

22. Marc Gizzi, Winchester, MA 01890

23. Carmen Gizzi, Winchester, MA 01890

24. Nicholas Valhouli, Merrimac, MA 01860

25. Ricardo Veiga, Winchester, MA 01890

26. Sergio Rodrigues Nascimento, Winchester, MA 01890

27. Steven DeRosa, Winchester, MA 01890

28. Richard Wolfson, Woburn, MA 01801

29. Shaima Ahmed, North Andover, MA 01845

30. Kathryn Wheaton, Dorchester, MA 02121

31. John Mahoney, South Hampton, N.H. 03827

32. Babek Veyssi, Brighton, MA 02135

The defendant reserves the right to supplement this list.

        The Defendant
By his Attorneys,

*/s/ James B. Krasnoo*
James B. Krasnoo (BBO# 279300)
jkrasnoo@krasnooklehm.com
Krasnoo, Klehm & Falkner LLP
28 Andover Street, Suite 240

Andover, MA  01810
(978) 475-9955 (telephone)
(978) 474-9005 (facsimile)

**CERTIFICATE OF SERVICE**

I, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 4, 2016.

*/s/ James B. Krasnoo*
James B. Krasnoo