UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| v. | ) CRIMINAL NO. 15-CR-10008-LTS |
| R. David Cohen | ) ) ) ) |

**DEFENDANT'S EXHIBIT LIST**

Now comes the defendant and list his exhibits:

1. Picture of Jose Julian Rivera Melendez
2. Picture of Jose Julian Rivera Melendez
3. Articles of Organization of AD Professional Association Inc.
4. Articles of Organization of AD Financial Management, Inc.
5. Affidavit of Dubin Gonzalez
6. Affidavit of Dubin Gonzalez
7. Broadway Financial Management, Inc.
8. Envelopes containing mail addressed to AD Financial Management Inc.
9. Materials relating to Gloria Rivera (7 pages)
10. Materials relating to Luz Rivera (6 pages)
11. Materials relating to Frankie Rodriguez (6 pages)
12. Materials relating to Sonia Rosa (7 pages)
13. Materials relating to Carol Durham (4 pages)
14. Materials relating to Janet Zulma Rodriguez (6 pages)
15. Materials relating to Wildalis Santos Quinones (6 pages)
16. Bank materials of People's United Bank, batestamped 5590-5598 (government's discovery exhibit 5 E)
17. Bank materials of Bank of America, batestamped 0645-0649, 0659-0679, 0689-0733, 0764-0821, 0859-0984, 1007-1018, 1072-1287, 1331-1373, 1391-1396, 1839-1845
18. Bank materials of Mercantil Commercebank, batestamped 5447-5503, 5521-5537
19. Bank materials of Santander Bank, batestamped 5644-5654, 5668-5697, 5714-5717, 5774-5792,5803-5823,5841-5854, 5873-5905, 5931-5934, 5948-5954, 6009-6027, 6054-6072, 6104-6109
20. Bank materials of Century Bank, batestamped 2400-2403, 2415-2416, 2436-2437
21. Bank materials of TD Bank (22 pages, containing some redactions)

The defendant reserves the right to supplement this list.

        The Defendant
        By his Attorneys,


        */s/ James B. Krasnoo*
        James B. Krasnoo (BBO# 279300)
        jkrasnoo@krasnooklehm.com
        Krasnoo, Klehm & Falkner LLP
        28 Andover Street, Suite 240
        Andover, MA  01810
        (978) 475-9955 (telephone)
        (978) 474-9005 (facsimile)

## CERTIFICATE OF SERVICE

   I, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 5, 2016.


        */s/ James B. Krasnoo*
        James B. Krasnoo