UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 1:15-CR-10008-LTS |
| ) | |
| R. DAVID COHEN ) | |
| ) | |
| Defendant. ) | |
| ) | |

# GOVERNMENT'S UPDATED WITNESS LIST

The United States anticipates calling the following witnesses at trial in the above-captioned case, reserving the opportunity to call additional witnesses should they be required:

1. Taveiry Brito
   Santander Bank
   Lawrence, MA

2. Jessica Bishop
   Citizens Bank
   Wolfeboro, NH

3. Eric Carriker
   Massachusetts Attorney General's Office

4. Gracine Copithorne
   Century Bank
   Medford, MA

5. Nomarie Mojica Diaz
   San Juan, Puerto Rico

6. Special Agent Aaron Gogley
   Internal Revenue Service

7. Josean Geronimo Gonzalez Santos
   Bayamon, PR

8. William Keefe
   Century Bank
   Medford, MA

9. Noah Kinigstein
   New York, NY

10. Paul Lewan
    First Ipswich Bank
    Ipswich, MA

11. Ramon Mendez
    Bank of America
    Lawrence, MA

12. Muguette Rebecca Martinez Miller
    San Juan, PR

13. Special Agent Quoc Tuan Ngyuen
    Internal Revenue Service

14. Victoria O'Brien
    Internal Revenue Service

15. Dubin Gonzalez Pabon
    Lawrence, MA

16. Catherine Pierce
    Brookline Bank
    Medford, MA

17. Jacqueline Quinones
    Citizens Bank

18. Wildalis Santos Quinones
    Guanica, PR

19. Elizabeth Santiago Roche
    San Juan, PR

20. Jose Rodriguez
    People's United Bank
    Lawrence, MA

21. Edward Sawyer

       People's United Bank
       Kennebunk, ME

22.    Jorge Ortiz Soldevila
       Guaynabo, PR

23.    Special Agent Ryan Talbot
       Internal Revenue Service

24.    Jayne Tyrell
       Watertown, MA

                    Respectfully submitted,

                    CARMEN M. ORTIZ
                    United States Attorney

By:    */s/S. Theodore Merritt*
        S. THEODORE MERRITT
        RYAN DISANTIS
        Assistant U.S. Attorneys

Dated: January 8, 2016

## CERTIFICATE OF SERVICE

    I, S. Theodore Merritt, Assistant United States Attorney, do hereby certify that this document, was filed on the above date through the ECF system which sends copies electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on this date.

                    */s/ S. Theodore Merritt*
                    S. THEODORE MERRITT
                    Assistant United States Attorney

Dated: January 8, 2016