UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>R. DAVID COHEN,<br><br>        Defendant. | CRIMINAL NO: 15-10008-LTS |

## STIPULATION

The parties agree that Century Bank; Brookline Bank; People's United Bank; RBS Citizens, N.A. (doing business as Citizens Bank); SunTrust Bank; Bank of America, N.A.; Santander Bank; and TD Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation (FDIC) during the period October 1, 2011, through and including August 31, 2014, were financial institutions that operated in interstate commerce during the period October 1, 2011, through August 31, 2014.

*Respectfully submitted,*

R. DAVID COHEN
Defendant

By: /s/ James B. Krasnoo
JAMES B. KRASNOO, ESQ.
Krasnoo, Klehm & Falkner
28 Andover Street
Suite 240
Andover, MA 01810

*Respectfully submitted,*

CARMEN M. ORTIZ
United States Attorney

By: /s/
RYAN M. DISANTIS
S. THEODORE MERRITT
Assistant U.S. Attorneys
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Date: January 11, 2016



EXHIBIT
**19A**
15-CR-10008-LTS