UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO: 15-10008-LTS |
| | ) |
| R. DAVID COHEN, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION

The parties agree as follows:

1. Government Exhibit 3, Exhibit 12B, and Exhibits 3A through 3N, including all sub-parts, consist of business records of Century Bank that were made and maintained in the regular course of business and are admissible pursuant to Rule 803(6) of the Federal Rules of Evidence.

2. Government Exhibit 1, Exhibit 11D, and Exhibits 1A through 1P, including all sub-parts, consist of business records of Brookline Bank that were made and maintained in the regular course of business and are admissible pursuant to Rule 803(6) of the Federal Rules of Evidence.

3. Government Exhibit 5 and Exhibits 5A through 5G, including all sub-parts, consist of business records of People's United Bank that were made and maintained in the regular course of business and are admissible pursuant to Rule 803(6) of the Federal Rules of Evidence.

4. Government Exhibit 4, Exhibit 14C, and Exhibits 4A through 4E, including all sub-parts, consist of business records of Citizens Bank that were made and maintained in the



EXHIBIT
**19B**
15-CR-10008-LTS

regular course of business and are admissible pursuant to Rule 803(6) of the Federal Rules of Evidence.

5. Government Exhibit 2, including all sub-parts, consists of business records of SunTrust Bank that were made and maintained in the regular course of business and are admissible pursuant to Rule 803(6) of the Federal Rules of Evidence.

6. Government Exhibits 6A through 6B, including all sub-parts, consist of business records of Bank of America, N.A. that were made and maintained in the regular course of business and are admissible pursuant to Rule 803(6) of the Federal Rules of Evidence.

7. Government Exhibits 7A through 7C and Exhibits 8 and 9B, including all sub-parts, consist of business records of Santander Bank that were made and maintained in the regular course of business and are admissible pursuant to Rule 803(6) of the Federal Rules of Evidence.

8. Government Exhibit 9A, including all sub-parts, consists of business records of TD Bank that were made and maintained in the regular course of business and are admissible pursuant to Rule 803(6) of the Federal Rules of Evidence.

| | |
|---|---|
| *Respectfully submitted,* | *Respectfully submitted,* |
| R. DAVID COHEN<br>Defendant | CARMEN M. ORTIZ<br>United States Attorney |
| By: /s/ James B. Krasnoo<br>JAMES B. KRASNOO, ESQ.<br>Krasnoo, Klehm & Falkner<br>28 Andover Street<br>Suite 240<br>Andover, MA 01810 | By: /s/<br>RYAN M. DISANTIS<br>S. THEODORE MERRITT<br>Assistant U.S. Attorneys<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210 |

Date: January 11, 2016