UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>R. DAVID COHEN,<br><br>        Defendant. | CRIMINAL NO: 15-10008-LTS |

## STIPULATION

The parties agree that Francisco "Frank" Oscar Grullon is a co-defendant charged in Counts One through Nineteen of the Superseding Indictment in this case. Grullon is currently a fugitive and the parties believe he is located in the Dominican Republic at this time.

*Respectfully submitted,*

R. DAVID COHEN
Defendant

By: /s/ James B. Krasnoo
JAMES B. KRASNOO, ESQ.
Krasnoo, Klehm & Falkner
28 Andover Street
Suite 240
Andover, MA 01810

*Respectfully submitted,*

CARMEN M. ORTIZ
United States Attorney

By: /s/
RYAN M. DISANTIS
S. THEODORE MERRITT
Assistant U.S. Attorneys
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Date:  January 14, 2016



EXHIBIT
**19D**
15-CR-10008-LTS