**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 1:15-CR-10008-LTS |
| | ) | |
| R. DAVID COHEN | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## GOVERNMENT'S AMENDED EXHIBIT LIST

The United States has introduced, or anticipates introducing, the following exhibits into evidence subject to rulings by the Court. The government reserves the right to supplement, modify, or withdraw exhibits from this list.

| Proposed Exhibit No. | Description |
|---|---|
| Ex. 1 | Brookline Bank IOLTA Account records for David Cohen |
| Ex. 1A | Brookline Bank IOLTA Account Authorization Agreement – Signature Card |
| Ex. 1B | Brookline Bank Deposit Ticket, Treasury Check, and check out to Loyda Roda Baez |
| Ex. 1C | Brookline Bank Deposit Ticket, Treasury Check, and check out to Lizbeth Contreas Diaz |
| Ex. 1D | Brookline Bank Deposit Ticket and Treasury Check for Nomaries Mojica Diaz |
| Ex. 1E | Brookline Bank Deposit Ticket, Treasury Check, and check out to Jorge Ortiz Soldevill |
| Ex. 1F | Brookline Bank Deposit Ticket and Treasury Check for Rebecca Muguette Miller Martinez |
| Ex. 1G | Notice of Direct Debit from U.S. Treasury Reclamation and Treasury Check to Bety Grullon |

| **Proposed Exhibit No.** | **Description** |
|---|---|
| Ex. 1H | Notice of Direct Debit from U.S. Treasury Reclamation and Treasury Check to Michael Calderon Falu |
| Ex. 1I | Agreement to participate for David Cohen |
| Ex. IJ | Brookline Bank Deposit Ticket and Treasury Check for Wildalis Santos Quinones |
| Ex. 1K | Affidavit of Wildalis Santos Quinones signed February 22, 2013. |
| Ex. 1L | October 31, 2012 IOLTA Account Summary for David Cohen showing the wire to Kissimee, Florida |
| Ex. 1M | April 17, 2013 letter from David Cohen to Brookline Bank advising the bank of the $30,000 wire from his account |
| Ex. 1N | April 17, 2013 letter from David Cohen to Brookline Bank advising no further reclamations will be made from the account |
| Ex. 1O | Brookline Bank cash out check to David Cohen in the amount of $79,198.92 |
| Ex. 1P | Nelsy Guevara claim for reclamation for the Treasury Check deposited at Brookline Bank |
| Ex. 2 | Sun Trust account records |
| Ex. 3 | Century Bank account records |
| Ex. 3A | Signature Card for Century Bank signed by David Cohen |
| Ex. 3B | Century Bank Deposit Ticket, Treasury Check, and check out to Marianelli Valderrama |
| Ex. 3C | Century Bank Deposit Ticket, Treasury Check ,and check out to Elizabeth Santiago Roche |
| Ex. 3D | Century Bank Deposit Ticket, Treasury Check, and check out to Lilliam Quinones Vazquez |
| Ex. 3E | Century Bank Deposit Ticket, Treasury Check and check out to Lumarie Rivera Flores |

| **Proposed Exhibit No.** | **Description** |
|---|---|
| Ex. 3F | Century Bank Deposit Ticket, Treasury Check, and check out to Alfred Gumbs |
| Ex. 3G | Century Bank Deposit Ticket, Treasury Check, and check out to Gilberto Gonzalez Garcia |
| Ex. 3H | Corporate filing for AD Professional Association, Inc. from Century Bank |
| Ex. 3I | Email dated 9/17/2012 from William Keefe to Gracine Copithorne regarding Keefe meeting with David Cohen |
| Ex. 3J | AD Professional Century Bank Account Summary |
| Ex. 3K | AD Professional Century Bank Account Opening documents |
| Ex. 3L | AD Professional Century Bank Signature Page |
| Ex. 3M | AD Professional Century Bank Signature Page for Operating Account |
| Ex. 3N | Authenticity of Records for Century Bank signed by Grace Copithorne |
| Ex. 3O | Century Bank IOLTA Statement for October 2012 |
| Ex. 4 | Citizens Bank Account Records |
| Ex. 4A | Citizens Bank Deposit Tickets and Treasury Checks for Josean Gonzalez Santos with screenshots of security footage of David Cohen at Citizens Bank |
| Ex. 4B | Citizens Bank Transfer Tickets and Withdrawal Slips |
| Ex. 4C | Citizens Bank Account Statement for account number 522013 |
| Ex. 4D | Citizens Bank security screenshots of David Cohen on 3/1/2013 and 4/27/2013 |
| Ex. 4E | Citizens Signature Cards and Deposit Items for AD Professional |

| **Proposed Exhibit No.** | **Description** |
|---|---|
| Ex. 4F | Citizens IOLTA Account Statements for 8/29/2012 and September 2012 |
| Ex. 5 | People's United Bank Account Records |
| Ex. 5A | People's United Bank Account Certification and Signature Card |
| Ex. 5B | People's United Bank Deposit Ticket and Treasury Check for Rosario Costa Vazquez |
| Ex. 5C | People's United Bank Deposit Ticket and Treasury Check for Anacelis Deleon Guzman |
| Ex. 5D | People's United Bank Deposit Ticket and Treasury Check for Magayls Figeroa Rengifo |
| Ex. 5E | Withdrawal slip for $5,000 dated 1/23/2013 |
| Ex. 5F | Indemnification letter from the IRS to People's United Bank in regards to the fraudulent tax refund checks |
| Ex. 5G | Letter from Edward Sawyer to David Cohen informing Cohen that the remaining funds in his AD Professional account will be returned to the IRS |
| Ex. 6A | Bank of America account records and signature card |
| Ex. 6B | Bank of America Deposit Ticket and Treasury Check for Noah Kinigstein |
| Ex. 7A | Santander account opening records and Signature Card |
| Ex. 7B | Santander Deposit Ticket and Treasury Check for Delvin Williams |
| Ex. 7C | Santander Deposit Ticket and Treasury Check for Edwin Lopez Centeno |
| Ex. 8 | Endorsement form signed by Dubin Gonzalez-Pabon for Santander Bank |
| Ex. 9A | TD Bank Signature Card signed by Dubin Gonzalez Pabon |

| Proposed Exhibit No. | Description |
|---|---|
| Ex. 9B | Santander Deposit Ticket and Treasury Checks |
| Ex. 10 | Plea Agreement signed by Dubin Gonzalez-Pabon |
| Ex. 11A | Summary Chart of the deposits in David Cohen's Brookline Bank IOLTA Account |
| Ex. 11B | Summary Chart of the withdrawals from David Cohen's Brookline Bank IOLTA Account |
| Ex. 11C | Summary Chart of the Treasury Checks deposited in David Cohen's Brookline Bank IOLTA Account |
| Ex. 11D | Records from Brookline Bank supporting the Summary Chart |
| Ex. 12A | Summary Chart of the deposits of IOLTA checks into David Cohen's personal account at Century Bank |
| Ex. 12B | Records from Century Bank supporting the IOLTA Deposits Summary Chart |
| Ex. 13A | Summary Chart of the Treasury Checks deposited into David Cohen's IOLTA account at Century Bank |
| Ex. 13B | Summary Chart of the withdrawals derived from Treasury Checks from David Cohen's IOLTA Account |
| Ex. 14A | Summary Chart of the deposits into David Cohen's IOLTA account at Citizen's Bank |
| Ex. 14B | Summary Chart of the withdrawals from David Cohen's IOLTA account at Citizen's Bank |
| Ex. 14C | Records from Citizen's Bank supporting the Summary Chart |
| Ex. 15 | SIRF Spreadsheet of 156 Selected Treasury Checks |
| Ex. 16 | Deed for 821 Emmett Street, Kissimmee Florida |
| Ex. 16A | Title search paperwork for 821 Emmett Street, Kissimmee, Florida |

| **Proposed Exhibit No.** | **Description** |
|---|---|
| Ex. 17 | Certified Tax Returns |
| Ex. 17A | Certified Tax Returns for Maranlleli Valderrama |
| Ex. 17B | Certified Tax Returns for Lizbeth Contreas Diaz |
| Ex. 17C | Certified Tax Returns for Nomaries Mojica Diaz |
| Ex. 17D | Certified Tax Returns for Jorge Ortiz Soldevila |
| Ex. 17E | Certified Tax Returns for Maria Figueroa Rengifo |
| Ex. 17F | Certified Tax Returns for Rosario Costa Vazquez |
| Ex. 17G | Certified Tax Returns for Rebecca Muguette Miller Martinez |
| Ex. 17H | Certified Tax Returns for Josean Geronimo Gonzalez Santos |
| Ex. 17I | Certified Tax Returns for Elizabeth Santiago Roche |
| Ex. 17J | Certified Tax Returns for Lillian Quinones Vazquez |
| Ex. 17K | Certified Tax Returns for Lumarie Rivera Flores |
| Ex. 17L | Certified Tax Returns for Alfred Gumbs |
| Ex. 17M | Certified Tax Returns for Noah Kinigstein and Marilinda Pascoe |
| Ex. 17N | Certified Tax Returns for Gilberto Gonzalez Garcia |
| Ex. 17O | Certified Tax Returns for Widalis Santos Quinones |

| **Proposed Exhibit No.** | **Description** |
|---|---|
| Ex. 18 | AD Professional Association Inc. documents from the Secretary of the Commonwealth |
| Ex. 19A | Stipulation that the banks where the deposits were made were insured by the FDIC during the period October 1, 2011 through August 31, 2014 |
| Ex. 19B | Stipulation that various exhibits consist of bank records that are admissible into evidence |
| Ex. 19C | Stipulation concerning testimony of witness from purported employers for payees on United States Treasury tax refund checks deposited into accounts of defendant R. David Cohen |
| Ex. 19D | Stipulation that Francisco "Frank" Oscar Grullon's is a co-defendant charged in Counts 1-19 of the Superseding Indictment and is currently a fugitive |
| Ex. 20 | Photo of 821 Emmett Street |
| Ex. 21 | Authorized DMV records for David Cohen |

*Respectfully submitted,*

CARMEN M. ORTIZ
United States Attorney

By:   /s/ Ryan M. DiSantis
　　　RYAN M. DISANTIS
　　　S. THEODORE MERRITT
　　　Assistant U.S. Attorneys

Dated: January 14, 2016

**CERTIFICATE OF SERVICE**

      I, Ryan M. DiSantis, Assistant United States Attorney, do hereby certify that this document, was filed on the above date through the ECF system which sends copies electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on this date.

                                      /s/ Ryan M. DiSantis
                                      RYAN M. DISANTIS
                                      Assistant United States Attorney

Dated: January 14, 2016