# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 1:15-CR-10008-LTS** |
| | ) | |
| **R. DAVID COHEN,** | ) | |
| **Defendant** | ) | |

## STIPULATIONS

The United States and the Defendant, R. David Cohen, do hereby stipulate and agree to the following:

1.      If called as a witness, LAUREN KIRKNER, would testify as follows:

- She is the payroll coordinator and custodian of records for Great Lakes Dredge and Dock, the parent company of Yankee Environmental Services, Inc. 194 Northern Boulevard, Newburyport, MA.
- She searched the payroll records and was unable to locate any employment record for the following persons:
    o Priscila Monjito
    o Evelyn Justiano
    o Carlos Vega Nunez
    o Nelson Gil Perez

2.      If called as a witness, KRISTEN MILKERIN, would testify as follows:

- She is the human resources manager for Graphique De France LTD.
- She searched and was unable to find any employment records for the following persons:
    o Migdalia Ponce DeLeon Quinones
    o Gerardo Cisneros Sanchez

3.      If called as a witness, GRACE AUGER, would testify as follows:

- She is the controller of Janitech Inc.
- She searched and was unable to find any employment records for the following persons:
    o Maria Inoa
    o Vanessa Martines Martines
    o Carmen L. Quinones Rivera
    o Carlos Rolon Cruz
    o Luis A Defendini Perez



EXHIBIT

**19C**

15-CR-10008-LTS

4.      If called as a witness, FATIMA AGUIAR, would testify as follows:

- She is the payroll supervisor for The Staffing Group Inc.
- She searched and was unable to find any employment records for the following persons:
    o   Jessica E. Suarez Cuadrado
- She is the payroll supervisor for Edgerock Staffing Inc.
- She searched and was unable to find any employment records for the following persons:
    o   Lilia Casanova Garcia
    o   Jorge Ortiz Soldevill
    o   Jose Morales

5.      If called as a witness, JOHN BOWE, would testify as follows:

- He is the human resources director of The Gem Group Inc.
- He searched and was unable to find employment records for the following persons:
    o   Angela Hernandez Weyne

6.      If called as a witness, CHRISTOPHER HEALEY, would testify as follows:

- He is the controller of American Personnel Inc.
- He searched and was unable to find any employment records for the following persons:
    o   Jose A Maldonado Arroyo

7.      If called as a witness, MARTHA O'BRIEN, would testify as follows:

- She is the CFO/Controller of Dec-Tam Corporation, 50 Concord Street, North Reading, MA.
- She searched and was unable to find any employment records for the following persons:
    o   Yamil Rivera Garcia
    o   Gilberto Gonzalez Garcia
    o   Luis A. Fernandez Rodruiguez
    o   Janet Davison

*Respectfully submitted,*                           *Respectfully submitted,*

R. DAVID COHEN                                CARMEN M. ORTIZ
Defendant                                           United States Attorney

By: _____        By: _____
JAMES B. KRASNOO, ESQ.              RYAN M. DISANTIS
Krasnoo, Klehm & Falkner              S. THEODORE MERRITT
28 Andover Street                             Assistant U.S. Attorneys
Suite 240                                          John Joseph Moakley U.S. Courthouse
Andover, MA 01810                           1 Courthouse Way, Suite 9200

Boston, MA 02210

Date:   January __14__, 2016