UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
| v. | ) CRIMINAL NO. 15-CR-10008-LTS |
|  | ) |
| R. David Cohen | ) |

**DEFENDANT'S OBJECTION TO COURT'S ORDER OF JANUARY 17, 2016**

Now comes the defendant and objects to the Court's rulings and order of Sunday, January 17, 2016, entered by electronic filing at 12:52 p.m. Because said ruling and order was not made in open court after oral argument concerning same on Friday, January 15, 2016, no contemporaneous objection could be taken. Hence this written objection on Monday, January 18, 2016 (Martin Luther King day) is timely filed.

                                                    Defendant
                                                    R. David Cohen,
                                                    By His Attorney,

                                                    */s/ James B. Krasnoo*
                                                    James B. Krasnoo (BBO# 279300)
                                                   jkrasnoo@krasnooklehm.com
                                                   Krasnoo│Klehm LLP
                                                   28 Andover Street, Suite 240
                                                   Andover, MA  01810
                                                   (978) 475-9955 (telephone)
Dated: January 18, 2016                    (978) 474-9005 (facsimile)

**CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 18, 2016.

                                                   */s/ James B. Krasnoo*
                                                   James B. Krasnoo