UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO: 15-10008-LTS |
| | ) | |
| R. DAVID COHEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## GOVERNMENT'S PROPOSED SUPPLEMENTAL JURY INSTRUCTION

Pursuant to Rule 30 of the Federal Rules of Criminal Procedure, the United States of America hereby requests that this Honorable Court give the following supplemental jury instruction.

*Respectfully submitted*,

CARMEN M. ORTIZ
United States Attorney

By:   /s/ Ryan M. DiSantis
RYAN M. DISANTIS
S. THEODORE MERRITT
Assistant U.S. Attorneys
U.S. Attorney's Office
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

Date:   January 20, 2016

CERTIFICATE OF SERVICE

I, Ryan M. DiSantis, Assistant United States Attorney, do hereby certify that this document, was filed on the above date through the ECF system which sends copies electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on this date.

/s/ Ryan M. DiSantis
RYAN M. DISANTIS
Assistant U.S. Attorney

**PROPOSED JURY INSTRUCTION**

Negligence of Internal Revenue Service Not A Defense

You have heard suggestions that the IRS as a victim did not do all it could to prevent the filing of fraudulent tax returns. I instruct you that negligence or lack of diligence, even if proved, is not a defense to the charges in this case. The negligence of victims, if any, does not absolve a defendant who intentionally participates in a criminal conspiracy.

United States v. Brien, 617 F.2d 299, 311 (1st Cir.1980)("[I]t makes no difference whether the persons the schemers intended to defraud are gullible or skeptical, dull or bright.");

United States v. Hoffecker, 530 F.3d 137, 177 (3d Cir. 2008) ("A 'fraud victim's negligence or lack of diligence in uncovering the fraud is not a defense.'") (quoting United States v. Rennert, 374 F.3d 206, 213 (3d Cir.2004);

United States v. Coyle, 63 F.3d 1239, 1244 (3d Cir.1995), vacated on other grounds, Miller v. United States, 544 U.S. 958 (2005) ("The negligence of the victim in failing to discover a fraudulent scheme is not a defense to criminal conduct.").