We have found that on the verdict slip, Count four lists the deposit date as 01/11/12 and on exhibit 15A the deposit date is listed as 10/11/12. 15 and 1D

Can you verify? Do we need a new verdict slip?

EXHIBIT B
15-10008

We have a verdict.

1/25/16    1:30 pm       [signature]

Do you want to keep deliberating past 5 or would you want to go home now, + come back on Monday

---

We would like to go and come Back Monday

[signature]

EXHIBIT A
15-10008