

DEFENDANT'S EXHIBIT
Original

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. 15-10008-LTS |
| ) | |
| R. DAVID COHEN, ) | |

## VERDICT SLIP

We, the jury, being unanimous, have reached the following verdicts:

**COUNT ONE:**   (CONSPIRACY CHARGED IN VIOLATION OF 18 U.S.C. § 371)

_____ NOT GUILTY      \_\_X\_\_ GUILTY

**COUNT TWO:**   (CONVERSION OF GOVERNMENT PROPERTY CHARGED IN VIOLATION OF 18 U.S.C. §641, TO WIT UNITED STATES TREASURY CHECK NUMBER 3158 35328195 DEPOSITED ON 08/29/2012 PAYABLE TO MARIANLLELI VALDERRAMA)

_____ NOT GUILTY      \_\_X\_\_ GUILTY

**COUNT THREE:**   (CONVERSION OF GOVERNMENT PROPERTY CHARGED IN VIOLATION OF 18 U.S.C. §641, TO WIT UNITED STATES TREASURY CHECK NUMBER 3158 38982470 DEPOSITED ON 10/05/2012 PAYABLE TO LIZABETH CONTRERAS DIAZ)

_____ NOT GUILTY      \_\_X\_\_ GUILTY

**COUNT FOUR:**   (CONVERSION OF GOVERNMENT PROPERTY CHARGED IN VIOLATION OF 18 U.S.C. §641, TO WIT UNITED STATES TREASURY CHECK NUMBER 3158 38982474 DEPOSITED ON 07/11/2012 PAYABLE TO NORMARIES MOJICA DIAZ)
[handwritten: 10/11/2012 ka.]

_____ NOT GUILTY      \_\_X\_\_ GUILTY

**COUNT FIVE:** (CONVERSION OF GOVERNMENT PROPERTY CHARGED IN VIOLATION OF 18 U.S.C. §641, TO WIT UNITED STATES TREASURY CHECK NUMBER 3158 38575238 DEPOSITED ON 10/01/2012 PAYABLE TO JORGE ORTIZ SOLDEVILL)

_____ NOT GUILTY      \_\_X\_\_ GUILTY

**COUNT SIX:** (CONVERSION OF GOVERNMENT PROPERTY CHARGED IN VIOLATION OF 18 U.S.C. §641, TO WIT UNITED STATES TREASURY CHECK NUMBER 3158 42276339 DEPOSITED ON 01/11/2013 PAYABLE TO MAGAYLS FIGUEROA RENGIFO)

_____ NOT GUILTY      \_\_X\_\_ GUILTY

**COUNT SEVEN:** (CONVERSION OF GOVERNMENT PROPERTY CHARGED IN VIOLATION OF 18 U.S.C. §641, TO WIT UNITED STATES TREASURY CHECK NUMBER 3158 42490634 DEPOSITED ON 01/22/2013 PAYABLE TO ROSARIO COSTA)

_____ NOT GUILTY      \_\_X\_\_ GUILTY

**COUNT EIGHT:** (CONVERSION OF GOVERNMENT PROPERTY CHARGED IN VIOLATION OF 18 U.S.C. §641, TO WIT UNITED STATES TREASURY CHECK NUMBER 3158 42773337 DEPOSITED ON 02/05/2013 PAYABLE TO REBECCA MUGUETTE MILLER MARTINEZ)

_____ NOT GUILTY      \_\_X\_\_ GUILTY

**COUNT NINE:** (CONVERSION OF GOVERNMENT PROPERTY CHARGED IN VIOLATION OF 18 U.S.C. §641, TO WIT UNITED STATES TREASURY CHECK NUMBER 3158 57689209 DEPOSITED ON 04/27/2013 PAYABLE TO JOSEAN G. GONZALEZ SANTOS)

_____ NOT GUILTY      \_\_X\_\_ GUILTY

**COUNT TEN:** (CONVERSION OF GOVERNMENT PROPERTY CHARGED IN VIOLATION OF 18 U.S.C. §641, TO WIT UNITED STATES TREASURY CHECK NUMBER 3158 07507013 DEPOSITED ON 02/22/2012 PAYABLE TO ELIZABETH SANTIAGO ROCHE)

_____ NOT GUILTY      __X__ GUILTY

**COUNT ELEVEN:** (CONVERSION OF GOVERNMENT PROPERTY CHARGED IN VIOLATION OF 18 U.S.C. §641, TO WIT UNITED STATES TREASURY CHECK NUMBER 3158 07507012 DEPOSITED ON 03/09/2012 PAYABLE TO LILLIAM QUINONES VAZQUEZ)

_____ NOT GUILTY      __X__ GUILTY

**COUNT TWELVE:** (CONVERSION OF GOVERNMENT PROPERTY CHARGED IN VIOLATION OF 18 U.S.C. §641, TO WIT UNITED STATES TREASURY CHECK NUMBER 3158 22005280 DEPOSITED ON 04/27/2012 PAYABLE TO LUMARIE RIVERA FLORES)

_____ NOT GUILTY      __X__ GUILTY

**COUNT THIRTEEN:** (CONVERSION OF GOVERNMENT PROPERTY CHARGED IN VIOLATION OF 18 U.S.C. §641, TO WIT UNITED STATES TREASURY CHECK NUMBER 3158 18636666 DEPOSITED ON 06/19/2012 PAYABLE TO ALFRED GUMBS)

_____ NOT GUILTY      __X__ GUILTY

**COUNT FIFTEEN:** (CONVERSION OF GOVERNMENT PROPERTY CHARGED IN VIOLATION OF 18 U.S.C. §641, TO WIT UNITED STATES TREASURY CHECK NUMBER 3158 37582641 DEPOSITED ON 09/04/2012 PAYABLE TO GILBERTO GONZALEZ GARCIA)

_____ NOT GUILTY      __X__ GUILTY

**COUNT SIXTEEN:** (CONVERSION OF GOVERNMENT PROPERTY CHARGED IN VIOLATION OF 18 U.S.C. §641, TO WIT UNITED STATES TREASURY CHECK NUMBER 3158 42700481 DEPOSITED ON 04/08/2013 PAYABLE TO WILDALIS SANTOS QUINONES)

_____ NOT GUILTY      \_\_X\_\_ GUILTY

**COUNT NINETEEN:** (CONSPIRACY TO COMMIT MONEY LAUNDERING CHARGED IN VIOLATION OF 18 U.S.C. §1956(H))

_____ NOT GUILTY      \_\_X\_\_ GUILTY

I certify that the above are the unanimous answers of the jury.

1/25/2016
DATE

[signature]
FOREPERSON'S SIGNATURE