AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

United States of America
V.
R. David Cohen

**EXHIBIT AND WITNESS LIST**

Case Number: 1:15-10008

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| LTS | Merritt/DiSantis | Krasnoo |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 1/12/16 | Rachel Lopez | MS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 1/12/16 | | | 1ST WITNESS PAUL LEWAN |
| 1 A-P | | 1/12/16 | X | X | BROOKLINE BANK BULK EXHIBIT |
| 1-A | | 1/12/16 | X | X | SIGNATURE CARD TO OPEN ACCOUNT 10/27/11 |
| 1-B | | 1/12/16 | X | X | DEPOSIT SLIP FOR TREASURY CHECK -BAEZ |
| 1-G | | 1/12/16 | X | X | RECLAMATION FROM IRS BETTY GRULLON/ AFFIDAVIT FROM BETY GRULLON/CHECK DEPOSITED |
| 1-C | | 1/12/16 | X | X | DEPOSIT SLIP/REFUND CHECK ELIZABETH DIAZ/COPY OF CHECKS WRITTEN OUT OF IOLTA ACCTS-DIAZ |
| 1-D | | 1/12/16 | X | X | DEPOSIT SLP /REFUND CHECK DIAZ |
| 1-E | | 1/12/16 | X | X | DEPOSIT TICKET/ CHECK FOR SOLDEVILLE/CHECK WRITTEN TO SOLDEVILLE |
| 1-F | | 1/12/16 | X | X | DEPOSIT TICKET 2/5/13/ CHECK TO REBECCA MARTINEZ/ |
| 1-H | | 1/12/16 | X | X | RECLAMATION FOR MICHAEL CALDERON /AFFIDAVIT FROM TAXPAYER/CHECK-FALU |
| 1-I | | 1/12/16 | X | X | AGREEMENT TO PARTICIPATE |
| 1-J | | 1/12/16 | X | X | BROOKLINE BANK DEPOSIT TICKET/REFUND CHECK -WILDALIES SANTOS QUINONES |
| 1-K | | 1/12/16 | X | X | AFFIDAVIT COHEN PROVIDED REGARDING QUINONES CHECK |
| 1-L | | 1/12/16 | X | X | ACCOUNT SUMMARY SHOWING WIRE |
| 1-M | | 1/12/16 | X | X | LETTER FROM DAVID COHEN TO BROOKLINE BANK RE $30,000.00 |
| 1-N | | 1/12/16 | X | X | 4/17 LETTER FROM DAVID COHEN REGARDING FURTHER RECLAMATIONS |
| 1-O | | 1/12/16 | X | X | BANK CHECK CASH OUT ISSUED TO COHEN FOR MONIES LEFT IN IOLATA ACCT |
| 1-P | | 1/12/16 | X | X | 3RD RECLAMATION |
| 2 | | 1/12/16 | X | X | SUN TRUST ACCOUNT RECORDS BULK |
| 3A-0 | | 1/12/16 | X | X | CENTURY BANK ACCOUNT BULK RECORDS |
| 3 A | | 1/12/16 | X | X | SIGNATURE CARD CENTURY BANK |
| 3 B | | 1/12/16 | X | X | CENTURY BANK DEPOSIT TICKET/CHECK/ VALDERRAMA |
| 3 C | | 1/12/16 | X | X | CENTURY BANK DEPOSIT TICKET/CHECK/ ROCHE |

|   |   |         |   |   |                                                           |
|---|---|---------|---|---|-----------------------------------------------------------|
| 3 D |   | 1/12/16 | X | X | CENTURY BANK DEPOSIT TICKET/CHECK/ VAZQUEZ |
| 3 E |   | 1/12/16 | X | X | CENTURY BANK DEPOSIT TICKET/CHECK/ FLORES |
| 3 F |   | 1/12/16 | X | X | CENTURY BANK DEPOSIT TICKET/CHECK/ GUMBS |
| 3 G |   | 1/12/16 | X | X | CENTURY BANK DEPOSIT TICKET/CHECK/GARCIA |
| 3 H |   | 1/12/16 | X | X | CORPORATE FILING FOR AD PROFESSIONAL |
| 3 I |   | 1/12/16 | X | X | EMAIL 9/17/12 FROM KEEFE TO COPITHORNE |
| 3 J |   | 1/12/16 | X | X | AD PROFESSIONAL BANK ACCOUNT SUMMARY |
| 3K |   | 1/12/16 | X | X | AD PROFESSIONAL BANK ACCOUNT OPENING DOCS |
| 3 L |   | 1/12/16 | X | X | AD PROFESSIONAL BANK SIGNATURE CARD |
| 3 M |   | 1/12/16 | X | X | AD PROFESSIONAL BANK SIGNATURE PAGE FOR OPERATING ACCT |
| 3 N |   | 1/12/16 | X | X | AD PROFESSIONAL BANK SIGNATURE PAGE FOR GRACE COPITHORNE |
| 3 O |   | 1/12/16 | X | X | CENTURY BANK IOLTA STATEMENT FOR 10/12 |
| X |   | 1/12/16 |   |   | *2nd WITNESS KATHY PIERCE* |
| X |   | 1/12/16 |   |   | *3RD WITNESS -MUGETTE REBECCA MILLER MARTINEZ* |
| 17-A-0 |   | 1/12/16 | X | X | CERTIFIED TAX RETURNS |
| 17 A |   | 1/12/16 | X | X | INDIVIDUAL TAX RETURN VALDERRAMA |
| 17 B |   | 1/12/16 | X | X | INDIVIDUAL TAX RETURN DIAZ |
| 17 C |   | 1/12/16 | X | X | INDIVIDUAL TAX RETURN DIAZ |
| 17 D |   | 1/12/16 | X | X | INDIVIDUAL TAX RETURN SOLDEVILA |
| 17 E |   | 1/12/16 | X | X | INDIVIDUAL TAX RETURN RENGIFO |
| 17 F |   | 1/12/16 | X | X | INDIVIDUAL TAX RETURN VAZQUEZ |
| 17-G |   | 1/12/16 | X | X | INDIVIDUAL TAX RETURN - MARTINEZ |
| 17 H |   | 1/12/16 | X | X | INDIVIDUAL TAX RETURN SANTOS |
| 17 I |   | 1/12/16 | X | X | INDIVIDUAL TAX RETURN ROCHE |
| 17 J |   | 1/12/16 | X | X | INDIVIDUAL TAX RETURN VAZQUEZ |
| 17 K |   | 1/12/16 | X | X | INDIVIDUAL TAX RETURN FLORES |
| 17 L |   | 1/12/16 | X | X | INDIVIDUAL TAX RETURN GUMBS |
| 17 M |   | 1/12/16 | X | X | INDIVIDUAL TAX RETURN PASCOE |
| 17 N |   | 1/12/16 | X | X | INDIVIDUAL TAX RETURN GARCIA |
| 17 O |   | 1/12/16 | X | X | INDIVIDUAL TAX RETURN QUINONES |
| X |   | 1/12/16 | X | X | *4TH WITNESS WIDALISE SANTOS QUINONES* |
| X |   | 1/13/16 |   |   | *5TH NORMARIES MOJICA DIAZ* |
| X |   | 1/13/16 |   |   | *6TH JORGE ORTIZ SOLDEVILA* |
|   | D-1 | 1/13/16 | X | X | COPY OF INTERVIEWEE SIGNATURE - JORGE ORTIZ SOLDEVILA |
| X |   | 1/13/16 |   |   | *7TH WITNESS -JANYE TYRRELL* |
| X |   | 1/13/16 |   |   | *8th WITNESS ELIZABETH SANTIAGO ROCHE* |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | D-2 | 1/13/16 | X | X | INTERVIEWEE SIGNATURE ELIZABETH SANTIAGO ROCHE |
| X |  | 1/13/16 |  |  | *9TH WITNESS GRACINE COPITHORNE* |
| 16 |  | 1/14/16 | X | X | CORPORATE WARRANTY DEED |
| 12-B |  | 1/14/16 | X | X | DE[PSOT SLIPS/CHECKS//CHECK DRAWN ON IOLTA - CENTURY BANK |
|  |  | 1/14/16 |  |  | *10TH WITNESS JESSICA BISHOP* |
| 4 A-E |  | 1/14/16 | X | X | CITIZENS BANK BULK  RECORDS |
| 4A |  | 1/14/16 | X | X | CITIZENS BANK DEPOSIT TICKET/TREASURY CHECK./SECURITY FOOTAGE OF COHEN |
| 4 B |  | 1/14/16 | X | X | CITIZENS BANK TRANSFER TICKETS AND WITHDRAWAL SLIPS |
| 4 C |  | 1/14/16 | X | X | CITIZENS BANK ACCOUNT STATEMENT522013 |
| 4 D |  | 1/14/16 | X | X | CITIZENS BANK SECURITY SCREEN SHOT OF COHEN ON 3/1/13 |
| 4 E |  | 1/14/16 | X | X | CITIZENS SIGNATURE CARDS |
| 14-C |  | 1/14/16 | X | X |  RECORDS FROM CITIZENS SUPPORTING SUMMARY CHART |
| 16 |  | 1/14/16 | X | X | DEED FOR 821 EMMETT STREET |
| 4 -F |  | 1/14/16 | X | X | CITIZENS IOLTA ACCOUNT STATEMENT FOR 8/29 |
|  | D-3 | 1/14/16 | X | X | COPY OF AD PROFESSIONAL CHECKS |
| X |  | 1/14/16 |  |  | *11th WITNESS GONZALES SANTOS* |
| X |  | 1/14/16 |  |  | *12th WITNESS WILLIAM KEEFE* |
|  | D-4 | 1/15/16 | X | X | PHOTOS (6) OF GRULLON(4) |
| X |  | 1/15/16 |  |  | *13 TH WITNESS JOSE RODRIGUEZ* |
| 5 A-G |  | 1/15/16 | X | X | PEOPLES UNITED BANK ACCOUNT RECORD |
| 5 A |  | 1/15/16 | X | X | BUSINESS ACCOUNT COMP 200/NEXT PAGE W/SIGNATURES/ SIGNATURE CARD |
| 5 B |  | 1/15/16 | X | X | DEPOSIT SLIP/TREASURY CHECK |
| 5 C |  | 1/15/16 | X | X | DEPOSIT SLIP/TREASURY CHECK |
| 5 D |  | 1/15/16 | X | X | DEPOSIT SLIP/TREASURY CHECK |
| 5 E |  | 1/15/16 | X | X | WITHDRAWAL SLIP - $5000.00 |
|  | D-5 | 1/15/16 | X | X | COPY OF CHECK WRITTEN TO CASH/WITHDRAWAL/ SIGNATURE CARD |
| X |  | 1/15/16 |  |  | *14TH WITNESS EDWARD SAWYER* |
| 5 F |  | 1/15/16 | X | X | EMAIL CHAIN |
| 5 G |  | 1/15/16 | X | X | LETTER TO COHEN REGARDING FUNDS BEING RETURNED |
| X |  | 1/15/16 |  |  | *15TH WITNESS AGENT NGUYEN* |
| 13 A |  | 1/15/16 | X | X | SUMMARY OF 74 TREASURY CHECKS DEPOSITED INTO MR. COHENS IOLTA  ACCT AT CENTURY BANK |
| 13 B |  | 1/15/16 | X | X | SUMMARY OF WITHDRAWALS OUT OF MR. COHENS IOLTA ACCT |
| 12 A |  | 1/15/16 | X | X | SUMMARY OR RELEVANT DEPOSITS INTO MR COHENS PERSONAL ACCOUNT |

| Gov | Def | Date | ID | Evid | Description |
|---|---|---|---|---|---|
| 11 A | | 1/15/16 | X | X | SUMMARY OF ALL DEPOSITS ACTIVITY INTO MR. COHENS IOLTA ACCTS AT BROOKLINE BANK |
| 11 B | | 1/15/16 | X | X | SUMMARY OF ALL WITHDRAWALS OUT OF MR COHENS IOLTA ACCOUNT |
| 11 D | | 1/15/16 | X | X | TREASURY CHECK/CHECK WRITTEN ON IOLTA ACCT/TREASURY CHECK ROGRIGUES/CORRESPONDING CHECK/ CASH WITHDRAWAL SLIP |
| 11 C | | 1/15/16 | X | X | SUMMARY OF 33 US TREASURE CHECK DEPOSITED IN MR COHENS IOLTA ACCT - BROOKLINE BANK |
| 14 A | | 1/15/16 | X | X | SUMMARY OF 12 TREASURY CHECKS INTO MR COHENS IOLTA ACCT -CITIZENS BANK |
| 14 B | | 1/15/16 | X | X | SUMMARY OF WITHDRAWALS OUT OF MR COHEN IOLTA ACCT - CITIZENS BANK |
| X | | 1/19/16 | | | *16th WITNESS AARON GOGLEY* |
| X | | 1/19/16 | | | *17TH WITNESS VICTORIA OBRIEN* |
| 15 | | 1/19/16 | X | X | SUMMARY CHART OF 91 TREASURY CHECKS |
| 18 | | 1/20/16 | X | X | INCORPORATION PAPERWORK FOR AD PROFESSIONALS |
| 21 | | 1/20/16 | X | X | MR COHENS RMW INFORMATION |
| 19 A | | 1/20/16 | X | X | STIPULATION REGARDING BANKS |
| 19 B | | 1/20/16 | X | X | STIPULATION REGARDING EXHIBITS - BANK RECORDS |
| 19 C | | 1/20/16 | X | X | STIPULATION REGARDING TESTIMONY OF WITNESSES |
| 19 D | | 1/20/16 | X | X | STIPULATION REGARDING CO DEFT GRULLON |
| | X | 1/20/16 | | | *DEFENDANTS 1ST WITNESS JOSEPH PAPETTI* |
| | D 6 | 1/20/16 | X | X | 3 SIGNATURES OF JOSEPH PAPETTI |
| | X | 1/20/16 | | | *DEFENDANTS 2ND WITNESS, JOSE MONTES* |
| | X | 1/20/16 | | | *DEFENDANT 3RD WITNESS, R DAVID COHEN* |
| | D 7 | 1/20/15 | X | X | FOLDER- TREASURY CHECKS/AFFIDAVITS/RECEIPT/ DEPOSIT SLIPS/COPY OF CHECK/ COPY OF DRIVER |
| | D 8 | 1/21/16 | X | X | POLICE REPORT STOLEN MOTOR VEHICLE |
| | D 9 | 1/21/16 | X | X | CHECKS FROM SAFETY INSURANCE |
| | D10 | 1/21/16 | X | X | PEOPLE UNITED BANK BUSINESS SIGNATURE CARD |
| | D 11 | 1/21/16 | X | X | CHECKS TO R. DAVID COHEN FOR $5000. |
| | | 1/22/16 | X | | MARKED AS A - QUESTION TO THE JURORS |
| | | 1/25/16 | X | | MARKED AS B - QUESTION FROM THE JURY |
| | | 1/25/16 | X | | MARKED AS C- NOTE INFORMING THEY HAVE A VERDICT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.