UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 15-CR-10008-LTS |
| ) | |
| R. David Cohen ) | |

**DEFENDANT'S RENEWED MOTION FOR JUDGMENT OF ACQUITTAL**

Now comes the defendant and renews his motion for a directed judgment of acquittal on each count of the indictment.

The Defendant
By his Attorneys,

/s/ James B. Krasnoo
James B. Krasnoo (BBO# 279300)
jkrasnoo@krasnooklehm.com
Krasnoo, Klehm & Falkner LLP
28 Andover Street, Suite 240
Andover, MA 01810
(978) 475-9955 (telephone)
(978) 474-9005 (facsimile)

**CERTIFICATE OF SERVICE**

I, James B. Krasnoo hereby certify that I have served this document filed in open court upon AUSA Theodore Merritt, whose address is John J. Moakley Courthouse, 1 Courthouse Way, 9th Floor, Boston MA. 02210 on January 22, 2016.

/s/ James B. Krasnoo
James B. Krasnoo