UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) |
| v. | ) CRIMINAL NO: 15-10008-LTS <br> ) |
| R. DAVID COHEN, | ) <br> ) |
| Defendant. | ) <br> ) |

## GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO TRAVEL

The United States hereby opposes defendant R. David Cohen's ("Cohen") motion to travel. As grounds for its opposition, the government states as follows.

Cohen seeks to travel to Orlando, Florida to represent a client in an immigration hearing concerning an application submitted to an Executive Branch agency of the United States government to adjust the client's immigration status. Following his conviction after a nine-day jury trial, this Court ordered Cohen to notify, among others, the Board of Bar Overseers ("BBO"), his clients, and any courts where he had pending cases of the fact of his conviction. He asserts that he has done so, and has indicated that, to date, he has received no correspondence from the BBO indicating that his license has been suspended, nor has he heard from the Immigration Court concerning his notification of his conviction.

Cohen used his status as an attorney, and his Interest on Lawyer's Trust Accounts ("IOLTA Accounts"), to carry out the fraud underlying his conviction. Cohen should not be permitted to practice law at this time. His license will certainly be suspended by the BBO as a result of his criminal conviction—particularly because he used that license to facilitate his fraud. The inevitability of his suspension, coupled with the fact that Cohen used his license to engage in

fraud and deceit for personal benefit, requires that, at the very least, he not be permitted to travel to practice law in a proceeding involving the United States government.[1]

WHEREFORE, the United States requests that this Court deny the defendant's motion to travel.

*Respectfully submitted,*

CARMEN M. ORTIZ
United States Attorney

By: /s/ Ryan M. DiSantis
RYAN M. DISANTIS
S. THEODORE MERRITT
Assistant U.S. Attorneys
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Date:   March 28, 2016

## CERTIFICATE OF SERVICE

I, Ryan M. DiSantis, hereby certify that on March 28, 2016, I served a copy of the foregoing on counsel of record in this case by electronic filing.

/s/ Ryan M. DiSantis
RYAN M. DISANTIS
Assistant U.S. Attorney

---

[1] Cohen states in his motion that he seeks to represent a client in a matter involving an Executive Branch agency of the United States government.  Representing a client against the United States, even a different arm of the Executive Branch, when Cohen has an upcoming sentencing hearing on May 24, 2016, creates at least the appearance of a conflict of interest.  Even if his client knowingly and voluntarily waived this potential conflict, in light of Cohen's criminal conduct, this Court should not facilitate such a representation by permitting him to travel under these circumstances.