UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 15-CR-10008-LTS |
| | ) |
| R. DAVID COHEN | ) |
| | ) |

## AFFIDAVIT OF R. DAVID COHEN

I, R. David Cohen, hereby state under oath as follows:

1. I am the Defendant in the above action.

2. On or about January 25, 2016, my attorney notified the Court that I intended to notify the Courts and my clients that I could no longer practice law.

3. The Court ordered me to notify the Board of Bar Overseers, my clients and the Courts before which I had cases of my conviction, and not to file anything with any Court without notifying them prior to said filing. At no time did the Court or anyone else inform me that I could not practice law.

4. On or about January 28, 2016, I notified the Board of Bar Overseers of my conviction, and I further spoke with General Counsel of the BBO, and he notified me that I **could** still practice law until such time as the BBO suspended me.

5. On or about January 28, 2016, I notified the Immigration Court of my conviction, and further informed them that I would withdraw from any cases that I had pending with the Immigration Court. I in fact withdrew from the three cases I had pending before the Immigration Court, and have not appeared in any cases before the Immigration Court.

6. Prior to filing anything with the Northeast Housing Court and the Plymouth Superior Court, I notified the Northeast Housing Court and the Plymouth Superior Court of my conviction.

7. Furthermore, I notified each of my clients of my conviction.

8. In early March 2016, I was notified of a hearing in Orlando, Florida, for my client in front of the United States Citizenship and Immigration Services (USCIS). My client further requested that I be present for said hearing, despite my conviction.

9. Based on this request, and as there was no prohibition from my appearance before USCIS, I sought permission of the Court to attend the hearing.

Signed under the pains and penalties of perjury this 1st day of April 2016.

/s/R. David Cohen
R. David Cohen

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants via first class mail, postage prepaid, on April 1, 2016.

/s/ James B. Krasnoo
James B. Krasnoo