From: **David Cohen** rdavidcohenlaw@gmail.com
Subject:
Date: April 1, 2016 at 1:51 PM
To: james krasnoo jkrasnoo@krasnooklehm.com

--
David Cohen, Esq.
30 Enfield Drive
Andover, MA 01810
(617) 620-9444

## AFFIDAVIT

Alien No. A203-142-426

BE IT ACKNOWLEDGED, that **Elba Olga Gimenez** of Kissimmee, Florida, the undersigned deponent, being of legal age, does depose and say under oath as follows:

In March, 2016, I received notice from USCIS on form I-797C of a hearing to be held with USCIS on April 19, 2016. My attorney in this case is R. David Cohen. I understand that he has been convicted in United States District Court of conspiracy and money laundering, but I want to continue to use him as my attorney in my case.

This has been read to me in Spanish and English, and I understand the contents of this affidavit.

And I affirm that the foregoing is true except as to statements made upon information and belief, and as to those I believe them to be true.

Witness my hand under the penalties of perjury this 1st day of April, 2016.

*Elba Olga Gimenez*

STATE OF FLORIDA
COUNTY OSCEOLA

Sworn to (or affirmed) and subscribed before me on April 1, 2016 by **Elba Olga Gimenez**

NOTARY PUBLIC — STATE OF FLORIDA

\_\_\_\_ Personally known
_X_ Produced identification
Type of identification produced\_\_\_\_ Florida Driver License



WANDA BERRIOS
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF094428
Expires 2/20/2018

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 1, 2016.

/s/ James B. Krasnoo