*Frank Monaco*
*26 Saint James Street*
*Newton Ma. 02458*
*617-959-9196*

Honorable Leo Sorokin,
U.S. District Court,
1 Courthouse Way, Boston, MA 02210.            4/10/16

Dear Sir,

I am a 68 year old retired self employed plumber, and in 1990 I owned 5 properties:
A 3 unit building in Allston
Two condominiums in West Roxbury
A 4 unit in Waltham
And one condominium in Lynn.

In 1990 I made an application to the Boston rent equity board to de- control my property at 59 Linden St Allston.

About a month after the application the Boston rent equity board sent out letters to ALL my tenants including Waltham and Lynn, indicating that the rent should be $ 145.00 per month (very unusual practice).
When one tenant showed me the letter I contacted David Cohen to represent me in this issue.

After two years of litigation Boston Housing Court Judge E. George Daher, ruled in my favor.
Although I gave David Cohen a $ 1,200.00 check for a retainer he has not cashed that check.

That issue and medical complications of diabetes resulted in foreclosure of all my properties in and personal bankruptcy in 1993.

David Cohen has continued to help me with advice, referrals and moral support when" I want to call quits".

I do not know all the issues that resulted in his conviction, but please allow me to convey my opinion that David Cohen is a good generous man and has helped me numerous times in legal matters and moral support and has never asked for any payment from me.

I consider David Cohen a friend in good times and bad, and if you wish me to elaborate on David's good deeds, his giving nature, please call me at your convenience, my cell phone is 617-828-7454.

Sincerely,

Frank Monaco