Marie Monaco
*35 F*axon Street
Newton, MA 02458


April 24, 2016


Judge Leo Sorkin
U.S. District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Sorkin:

I recently heard that my friend R. David Cohen is in a situation that is not in
his nature at all.
I do not know of the reason or specifics of this account, however, I was shocked
to hear that he is in trouble.
R. David is a friend and has been for many years.  He and his family has been to
dinner at my house in the past and is of a good nature and a friend who has helped
me in the past.

Often times I would call and ask him questions legal questions and he always helped
me out.  He would not take money unless it was a situation where he needed assistance
from another colleague.  It is a great relief to me that I can call on a friend when I
need questions answered.

To my knowledge he is honest and trustworthy.

If I can be of any assistance regarding attesting to his character, please give me a call, I
will be very happy to help.

Sincerely,

Marie Monaco

Marie Monaco
35 Faxon Street
Newton, MA  02458
617-974-3019