UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
UNITED STATES OF AMERICA      )
                              )
v.                            ) CRIMINAL NO. 15-10008-LTS-01
                              )
R DAVID COHEN                 )
_____)

**MOTION TO FILE DVD OF INTERVIEW OF**
**DUBIN GONZALEZ-PABON TO BE CONSIDERED**
**BY THE COURT AT SENTENCING**

Now comes the defendant, R. DAVID COHEN in the above-entitled matter and moves to file DVD of interview of Dubin Gonzalez-Pabon to be considered by the Court at sentencing and assigns as reasons therefor the following:

1. The defendant seeks to file with the Court a DVD containing the initial interview of alleged coconspirator Dubin Gonzalez-Pabon.

2. As the DVD is a disc, it cannot be efiled as an attachment and must be sent as a mailed item to the Court. For this reason, it is not attached to this motion.

3. The defendant avers that the DVD undercuts the Government's position as asserted by the probation officer's PSR.

4. The defendant notes that nowhere in the PSR does the probation officer indicate that she viewed and/or listened to the interview.

5. It is the defendant's position that the interview sets forth the amount of involvement of Grullon and/or Cohen that is inconsistent with (and, to some degree, exculpatory for Cohen), the Government's attempts to widen the scope of the conspiracy to hold Cohen impermissibly accountable to the extent the PSR seeks to do so.

6. Because the DVD is a lengthy interview, the defendant seeks to present it to the Court early enough so that the Court is not forced to delay the date of sentencing so as to be able to view the DVD.

WHEREFORE, the defendant requests that this motion be granted.

                The Defendant
                By his Attorney,

                */s/ James B. Krasnoo*
                James B. Krasnoo
                (BBO# 279300)
                Krasnoo|Klehm LLP
                28 Andover Street,
                Suite 240
                Andover, MA  01810

(978) 475-9955

**CERTIFICATE OF SERVICE**

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants via first class mail, postage prepaid, on May 7, 2016.

*/s/ James B. Krasnoo*
James B. Krasnoo