# KRASNOO, KLEHM & FALKNER LLP
*attorneys at law*

Twenty-Eight Andover Street, Suite 240, Andover, MA 01810
978.475.9955 (phone) • 978.474.9005 (facsimile) • www.kkf-attorneys.com

James B. Krasnoo, admitted in MA & inactive in CA
Paul J. Klehm, admitted in MA & NH
Benjamin L. Falkner, admitted in MA & NH

May 7, 2016

Ms. Maria Simeone
United States District Court
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: **United States v. R. David Cohen**
**Criminal No. 15-10008-LTS**

Dear Ms. Simeone:

Enclosed please find DVD disc that is being submitted to the Court as a physical attachment to defendant's motion ecf'd this day entitled:

**MOTION TO FILE DVD OF INTERVIEW OF DUBIN GONZALEZ-PABON TO BE CONSIDERED BY THE COURT AT SENTENCING**

Please cause this DVD to be attached to the motion upon the arrival of the DVD at the clerk's office.

Thank you for your cooperation in this matter.

Please note that, as the DVD was furnished to the defendant as part of Government discovery, the Government already has the original of the DVD and no copy is being submitted to the Government by the defendant.

Very truly yours,

James B. Krasnoo

JBK/ cc: AUSA Theodore Merritt