**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                                    )
UNITED STATES OF AMERICA,      )
                                                    )
   v.                                             )
                                                    )   CRIMINAL NO: 15-10008-LTS-1
R. DAVID COHEN (1),                 )
                                                    )
          Defendant.                     )
_____)

**NOTICE OF THE GOVERNMENT'S SUBMISSION OF EXHIBITS**
**CITED IN SENTENCING MEMORANDUM AND MOTION TO SEAL**

The United States hereby notifies this Honorable Court that it is submitting copies of the following exhibits, which are referenced in the government's sentencing memorandum, under seal by e-mail this afternoon and in paper form at tomorrow's sentencing hearing: (1) Analysis of Bank Records Concerning Certain Checks Made Out to R. David Cohen; (2) Selected Memoranda of Interview Concerning Certain Victims; and (3) Transcripts of R. David Cohen's Trial Testimony. The government is filing these exhibits in paper form pursuant to Paragraph L(1)(d) of the CM/ECF Case Management/Electronic Case Files Administrative Procedures, which is incorporated by reference into the United States District Court's General Order re: Electronic Case Filing.

The government moves to seal this filing because the exhibits contain identifying information concerning victims of identity theft, as well as other victim information and financial information that should be sealed.

*Respectfully submitted*,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Ryan M. DiSantis
RYAN M. DISANTIS
S. THEODORE MERRITT
Assistant U.S. Attorneys

Dated: May 23, 2016

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Ryan M. DiSantis
RYAN M. DISANTIS
Assistant U.S. Attorney

Dated: May 23, 2016