```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

```
_____
                               )
UNITED STATES OF AMERICA       )
                               )
v.                             )   CR. NO. 15-10008-LTS
                               )
R. DAVID COHEN                 )
_____)
```

**NOTICE OF APPEAL**

Now comes the defendant, in the above-entitled matter and gives notice of his appeal from the Judgment and Sentence of the Court, and all findings of fact, rulings of law, orders attendant thereto, which Judgment was made by the Court on May 25, 2016 and was entered on May 27, 2016.

The defendant further gives notice of his appeal from all pretrial, trial and post-trial findings of fact, rulings of law, orders and judgments attendant thereto.

```
                         The Defendant
                         By his attorney,


                         /s/ James B. Krasnoo
                         James B. Krasnoo
                         (BBO# 279300)
                         Krasnoo,Klehm and Falkner LLP
                         28 Andover Street, Suite 240
                         Andover, MA  01810
                         (978) 475-9955
```

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 28, 2015.

    */s/ James B. Krasnoo*