# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: United States of America v. R. David Cohen

District Court Number: 15cr10008-LTS

Fee:   Paid?   Yes ____   No ____   Government filer ____   *In Forma Pauperis* Yes _X_   No ____

| | | | |
|---|---|---|---|
| Motions Pending   Yes ____ No _X_ | | Sealed documents   Yes _X_ No ____ | |
| If yes, document # _____ | | If yes, document # 19,40,57 | |
| *Ex parte* documents   Yes ____ No _X_ | | Transcripts   Yes _X_ No ____ | |
| If yes, document # _____ | | If yes, document # 166,181,182,183 | |

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent _X_   Other: ____

Appeal from:

#198 Judgment

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#198 and #200

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 200 filed on May 28, 2016.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 31, 2016.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**