```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
| v. | ) CR. NO. 15-10008-LTS |
|  | ) |
| R. DAVID COHEN | ) |

**NOTICE OF APPEAL**

Now comes the defendant, in the above-entitled matter and gives notice of his appeal from the **Amended** Judgment and Sentence of the Court, and all findings of fact, rulings of law, orders attendant thereto, which **Amended** Judgment was made by the Court on June 2, 2016 and was entered on June 2, 2016.

The defendant further gives notice of his appeal from all pretrial, trial and post-trial findings of fact, rulings of law, orders and judgments attendant thereto.

The Defendant
By his attorney,

*/s/ James B. Krasnoo*
James B. Krasnoo
(BBO# 279300)
Krasnoo, Klehm and Falkner LLP
28 Andover Street, Suite 240
Andover, MA  01810
(978) 475-9955

**CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 2, 2016.

           */s/ James B. Krasnoo*