```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

_____
                                  )
UNITED STATES OF AMERICA          )
                                  )
v.                                )   CR. NO. 15-10008-LTS
                                  )
R. DAVID COHEN                    )
_____)

## MOTION TO APPOINT INDIGENT COUNSEL AND TO WAIVE APPEAL FEE PAYMENT

Now comes the defendant in the above-entitled matter and moves to appoint indigent counsel and to waive appeal fee payment and assigns as reasons therefor the following:

1. The defendant hired the undersigned as private counsel but no longer has the financial resources to retain the undersigned as appellate counsel.

2. The undersigned has filed a Notice of Appeal to the Judgment and the Notice of Appeal to the Amended Judgment.

3. The undersigned is also private bar counsel on the CJA list.

4. It would make for judicial economy and efficiency for the undersigned to remain as counsel for the defendant as the undersigned is familiar with the pretrial, trial, post-trial and sentencing issues, all of which are to be addressed on

appeal.

5. The Court at the time of sentencing had in mind the financial circumstances of the defendant as he relieved the defendant of the burden of paying a fine and found that the defendant lacked the financial resources to pay any fine.

6. The defendant lacks the ability to pay $505. Appeal filing fee and lacks the ability to pay for the transcripts necessary for the appeal.

**WHEREFORE**, for the above reasons, the defendant respectfully requests that this motion be granted.

> The Defendant
> By his attorney,
>
> */s/ James B. Krasnoo*
> James B. Krasnoo
> (BBO# 279300)
> Krasnoo, Klehm & Falkner LLP
> 28 Andover Street, Suite 240
> Andover, MA  01810
> (978) 475-9955

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 2, 2016.

*/s/ James B. Krasnoo*