# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

---

Case Caption: _United States of America v. R. David Cohen_____

District Court Number: _15cr10008-LTS_____

---

Fee:    Paid?   Yes _____   No _____   Government filer _____   _In Forma Pauperis_ Yes _X___   No _____

---

| | | | |
|---|---|---|---|
| Motions Pending | Yes _X___  No _____ | Sealed documents | Yes _X___  No _____ |
| _If yes, document #_ | _211_ | _If yes, document #_ | _19,40,57_ |
| _Ex parte_ documents | Yes _____  No _X__ | Transcripts | Yes _X___  No _____ |
| _If yes, document #_ | | _If yes, document #_ | _166,181,182,183_ |

---

Notice of Appeal filed by: Plaintiff/Petitioner _____    Defendant/Respondent _X__    Other: _____

Appeal from:

## #207 Amended Judgment

Other information:

---

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

## #207 and #208

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # _208_____ filed on _June 2, 2016_____ .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on _June 3, 2016_____ .


**ROBERT M. FARRELL**
Clerk of Court


_/s/Matthew A. Paine_____
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**