```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

_____
                                )
UNITED STATES OF AMERICA        )
                                )
v.                              )   CR. NO. 15-10008-LTS
                                )
R. DAVID COHEN                  )
_____)

### MOTION FOR COURT TO ORDER REPRODUCTION OF ALL SEALED TRANSCRIPTS OR PORTIONS THEREOF WHICH ARE SEALED TO USE IN THE APPEAL

Now comes the defendant in the above-entitled matter and moves for the Court to order reproduction of all sealed transcripts or portions of said transcripts which are sealed, so that they may be transcribed and used for the record on appeal and for counsel to review to see whether or not they pertain to appellate issues that the defendant wishes to appeal and assigns as reasons therefor the following:

1. The Defendant was sentenced and timely noticed his appeal.

2. The defendant has been informed by one of the court reporters who transcribed the various hearings, all of which have been ordered by the defendant, that some transcripts or portions thereof, which include but are not limited to

transcripts of January 13, 14 and 15, all of 2016, were sealed by the Court and cannot be reproduced absent a court order.

**WHEREFORE**, for the above reasons, the defendant seeks that his motion for reproduction of the sealed transcripts be granted.

The Defendant
By his attorney,

*/s/ James B. Krasnoo*
James B. Krasnoo
(BBO# 279300)
Krasnoo, Klehm & Falkner LLP
28 Andover Street, Suite 240
Andover, MA 01810
(978) 475-9955

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 22, 2016.

*/s/ James B. Krasnoo*