


## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>. 15-10008-LTS |
|---|---|
| DEFENDANT(s)<br>R. David Cohen, et al. | TYPE OF PROCESS:<br>Restraining Order and Lis Pendens |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize:

R. David Cohen

92 HIGH ST APT 25 MEDFORD, MA 02155

| Send NOTICE OF SERVICE copy to Requester:<br>Doreen M. Rachal, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve the attached Preliminary Order of Forfeiture upon the above-referenced individual by certified mail, return receipt requested, or if returned as undeliverable please send by 1st class regular U.S. mail

| Signature of Attorney or other Originator requesting service on behalf of<br>*Doreen M. Rachal/JLT* | [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>6/30/2016 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: *Lemonski - AFC* | Date<br>8-1-16 |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [✓] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>7/9/16 | Time of Service<br>- | [ ] AM<br>[ ] PM |
| | Signature, Title and Treasury Agency<br>*Lenora Lemonski - AFC.* | | |

REMARKS:
Served via certified mail 7/9/16.

TD F 90-22.48 (6/96)

| ☐ RETURN TO COURT | ☐ FOR CASE FILE | ☐ LEAVE AT PLACE OF SERVICE | ☐ FILE COPY |
|---|---|---|---|

Case 1:15-cr-10000 SENDER: COMPLETE THIS SECTION d 08/03/16 Page 2 of 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

R. David Cohen
92 High Street
Apt. 25
Medford, MA 02155

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery 7/9/16

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail®   ☐ Priority Mail Express™
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

7012 1640 0002 2716 1266

PS Form 3811, July 2013        Domestic Return Receipt