# Department of the Treasury
*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR 15-10008-LTS |
|---|---|
| DEFENDANT(s)<br>R. David Cohen, et al. | TYPE OF PROCESS:<br>Preliminary Order of Forfeiture |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize:

R. David Cohen c/o James B. Krasnoo, Esq.

Address:

Krasnoo, Klehm & Falkner, LLP, 28 Andover Street, Suite 240, Andover, MA 01810

Send NOTICE OF SERVICE copy to Requester:

Doreen M. Rachal, ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

| Number Of Process To Be Served In This Case. | |
| Number Of Parties To Be Served In This Case. | |
| Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve a copy of the attached Preliminary Order of Forfeiture by certified mail, return receipt requested, or by regular 1st Class mail if returned as undeliverable.
CATS ID 15-IRS-001006                                               JLJ 617-748-3297

| Signature of Attorney or other Originator requesting service on behalf of<br>*/s/ Doreen M. Rachal* | [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>6/14/2016 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: *[signature]* SA IRS-CI | | | Date 7/6/16 |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: *[signature]* | Date 7/6/16 |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service 6/23/16    Time of Service [ ] AM [ ] PM |
| | Signature, Title and Treasury Agency *[signature]* Special Agent, IRS-CI |

REMARKS:

TD F 90-22.48 (6/96)

☐ RETURN TO COURT    ☐ FOR CASE FILE    ☐ LEAVE AT PLACE OF SERVICE    ☐ FILE COPY

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *BChaput*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): BChaput    C. Date of Deliver: 6/23/16 |
| 1. Article Addressed to:<br><br>R. David Cohen<br>C/O James B. Krasnoo, Esq.<br>Krasnoo, Klehm, and Falkner, LLP,<br>28 Andover Street, Suite 240<br>Andover, MA 01810 | [ANDOVER MA postmark JUN 23 2016]<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail®   ☐ Priority Mail Express™<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ Collect on Delivery<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |

7012 1640 0002 2716 1259

PS Form 3811, July 2013       Domestic Return Receipt