**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|   |   |   |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO: 15-10008-LTS |
| | ) | |
| R. DAVID COHEN, | ) | |
| | ) | |
| Defendant. | ) | |

### GOVERNMENT'S RESPONSE TO AUGUST 3, 2016 COURT ORDER

The United States hereby responds to the Court's August 3, 2016 Electronic Order concerning its position on defendant R. David Cohen's request to have sealed portions of court proceedings transcribed for his appeal. The government does not object to unsealing the relevant court proceedings for the limited purpose of transcribing the proceedings and allowing counsel for both the government and defendant to review the transcripts. Until the government reviews the transcripts to ascertain their contents, however, it objects to any further unsealing of these proceedings.

*Respectfully submitted,*

CARMEN M. ORTIZ
United States Attorney

By: /s/ Ryan M. DiSantis
RYAN M. DISANTIS
S. THEODORE MERRITT
Assistant U.S. Attorneys
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Date: August 4, 2016

## **CERTIFICATE OF SERVICE**

    I, Ryan M. DiSantis, hereby certify that on August 4, 2016, I served a copy of the foregoing on counsel of record in this case by electronic filing.

                                        /s/ Ryan M. DiSantis
                                        RYAN M. DISANTIS
                                        Assistant U.S. Attorney